JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE S. HONG, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JT HOME MANAGEMENT LLC, a New York Limited liability company; JUDAH J. TAUB, and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No. CV-18-3254-MWF (PLA)<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS JT HOME MANAGEMENT LLC AND JUDAH J. TAUB** |

　　The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff's Motion for Default Judgment against Defendants JT Home Management LLC and Judah J. Taub.

　　Defendants were properly served with process and failed to plead or otherwise defend this action.  Their default was entered on June 4, 2018.  Plaintiff Steve S. Tong moved for entry of default judgment and the motion was granted.

1

Now, therefore, pursuant to Rules 54, 55(b), and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows: Defendants shall be jointly and severally liable to pay Plaintiff in the sum of **$1,067,978.71** which is inclusive of the outstanding principal due under the relevant loan agreements ($940,000), interest accrued thereon as of June 27, 2018 ($103,116.71), attorneys' fees ($24,462), and costs incurred by Plaintiff in connection with this action ($400).

Dated: August 17, 2018   _____
MICHAEL W. FITZGERALD
United States District Judge